UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

March 17, 2022

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

BRICIO J. CONTRERAS, JR.,

        Defendant.

Case No.  2:22-MJ-00043-JDP

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

    This is to authorize and direct you to release _BRICIO J. CONTRERAS, JR._,
Case No. _2:22-MJ-00043-JDP_ Charge _18 USC § 1956(h)_, from custody for the
following reasons: for the following reasons:

       _____   Release on Personal Recognizance

       __X__   Bail Posted in the Sum of $ _25,000 (co-signed)_

           __X__   Unsecured Appearance Bond _____

           _____   Appearance Bond with 10% Deposit

           _____   Appearance Bond with Surety

           _____   Corporate Surety Bail Bond

           _____   (Other):_____.

    Issued at Sacramento, California on March 17, 2022 at 3:41pm.

    Dated:  March 17, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE